# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

RONALD WHITE                                                                                   PLAINTIFF
ADC #117621

V.                                       NO: 4:16CV00486 JM/PSH

USA *et al*                                                                                   DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Ronald White, an inmate at the Arkansas Department of Correction's Cummins Unit, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on July 6, 2016.[1] On July 14, 2016, the Court noted in an order that the allegations in the complaint are unrelated to White, and that White failed to sign the complaint. That order directed White to file a signed amended complaint within 30 days, and warned him that his failure to do so would result in the recommended dismissal of his

---

[1] White is one of four plaintiffs named in the complaint. Pursuant to direction from the Court, the Clerk opened four individual cases, each with a single plaintiff.

complaint (Doc. No. 5). More than 30 days have passed, and White has not filed an amended complaint or otherwise responded to the order. Under these circumstances, the Court concludes that White's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Ronald White's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE